IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01790-MSK-CBS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

COLLEGE PHARMACY, INCORPORATED,

       Forfeiture and Injunctive Defendant

and

COLLEGE PHARMACY, INCORPORATED
EMPLOYEE STOCK OWNERSHIP TRUST
RACHEL CHRISTOPHER, TRUSTEE

       Injunctive Defendant.

---

## FINAL ORDER AND JUDGMENT

      THIS MATTER comes before the Court on the Joint Motion for Final Order of Forfeiture and Judgment (Motion) **(#18)**, the Court having reviewed said Motion FINDS:

      THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881, 18 U.S.C. § 981(a)(1)(C), and 18 U.S.C. § 981(a)(1)(A).

      THAT all known interested parties have been provided an opportunity to respond and that notice and publication has been effected as required by Supplemental Rule for Admiralty or Maritime Claims and Asset Forfeiture Actions G(4);

      THAT the United States and College Pharmacy have reached a settlement in this case and have filed a Settlement Agreement with the Court resolving all issues in dispute. In the Settlement Agreement, the parties agreed to the payment of $3,500,000.00 in lieu of forfeiture of the defendant

property as more fully set forth therein, which $3,500,000.00 shall be forfeited to the United States.

THAT based upon the facts and verification set forth in the Verified Complaint, it appears that there is cause to issue a forfeiture order under 21 U.S.C. §§ 881(a)(6) and (a)(7), 18 U.S.C. § 981(a)(1)(C), and 18 U.S.C. § 981(a)(1)(A).

**NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED**:

THAT the Motion is **GRANTED**. Judgment of forfeiture of $3,500,000.00 in lieu of defendant College Pharmacy, Incorporated, and all assets thereof, including but not limited to all funds, bank accounts, real and personal property, accounts receivable, stocks, and investments belonging to College Pharmacy, Incorporated, shall enter in favor and the United States, and is to be paid as set forth in the Settlement Agreement.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

THAT the Clerk of Court is directed to enter judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted pursuant to 28 U.S.C. § 2465 as to defendant property.

DATED this 17th day of December, 2008.

BY THE COURT:

_____
Marcia S. Krieger
United States District Judge